1 | JOSEPH P. RUSSONIELLO (CNB 44332)
United States Attorney
2 | JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
3 | MELISSA K. BROWN (CSBN 203307)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6962
Facsimile:  (415) 436-6748
Email: melissa.brown@usdoj.gov

Attorneys for Federal Defendant Dr. Elena Furrow

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MALINDA DOTSON,                        )
                                       )   CASE NO. CV 08 1861
            Plaintiff,                 )
                                       )
    v.                                 )   **NOTICE OF REMOVAL**
                                       )
ST. JOSEPH HOSPITAL OF EUREKA;         )
FRANK ZAZUETA, M.D.; MEGAN E.          )
HAMREUS, D.O.; CHRISTOPHER             )
WALLACE, M.D.; ALEXANDER               )
STRACHAN, M.D.; WILLIAM KOCH,          )
M.D.; ELENA FURROW, M.D.; AND          )
DOES 1 THROUGH 25, INCLUSIVE,          )
                                       )
            Defendants.                )
                                       )

TO:   Clerk, Superior Court of California
      County of Humboldt
      825 Fifth Street
      Eureka, CA 95501

      James A. Zito, Esq.
      Law Offices of James A. Zito
      611 "L" Street, Suite A
      Eureka, CA 95501

PLEASE TAKE NOTICE that on this day Case No. DR 07 0820 pending in Humboldt County Superior Court is being removed to the United States District Court for the Northern District

NOTICE OF REMOVAL
Dotson v. St. Joseph Hospital, et al.                    1

of California, pursuant to 28 U.S.C. §§ 1441(a), 1441(b), 1441(f), 2679(d)(2), and 42 U.S.C. §§ 233, et seq. on behalf of federal defendant Dr. Elena Furrow. Upon direction by the Attorney General of the United States and pursuant to 28 U.S.C. § 1446, the undersigned attorneys hereby present the following facts to the Judges of the United States District Court for the Northern District of California.

1. On October 25, 2007, plaintiff filed a personal injury medical malpractice suit in Humboldt County Superior Court against federal defendant Dr. Elena Furrow, an employee of Eureka Community Health Center, a clinic operated by Open Door Community Health Center. Plaintiff alleges that Dr. Elena Furrow failed to properly diagnose and treat her.

2. On or about February 18, 2008, Dr. Elena Furrow received a copy of the summons and complaint. As of this date, the United States Attorney's Office has not been served pursuant to Rule 4, Fed R. Civ. Proc. Copies of the state court pleadings are attached hereto as Exhibit A, which constitute the only process or pleading which have been received. No trial has been had in this action.

3. This action must be removed to federal district court pursuant to 42 U.S.C. § 233(c) of the Federally Supported Health Centers Assistance Act, because the action is against Dr. Elena Furrow, an employee of Eureka Community Health Center, a clinic operated by Open Door Community Health Center. Open Door Community Health Center is a federally deemed health center. Pursuant to the Federally Supported Health Centers Assistance Act, the health center and its employees are covered under the Federal Tort Claims Act ("FTCA"). The FTCA is the exclusive remedy for alleged negligent actions caused by employees of a deemed health center.

4. This action must also be removed to federal district court pursuant to 28 U.S.C. § 2679(d)(2), because it is an action against Dr. Elena Furrow, who was acting within the course and scope of her employment during the time alleged in the complaint. Upon certification by the Attorney General, the action shall be removed to the District Court at any time prior to trial. Pursuant to written delegation from Joseph P. Russoniello, the duly appointed United States Attorney for the Northern District of California, the Chief of the Civil Division has been authorized to exercise on

behalf of the United States Attorney the authority vested in him by the Attorney General, pursuant to 28 C.F.R. § 15.3. The Chief of the Civil Division has certified that Dr. Elena Furrow was acting within the course and scope of her employment with the Open Door Community Health Center. See Certification Pursuant to 28 U.S.C. § 2679(d). This certification is conclusive for purposes of removal. 28 U.S.C. § 2679(d)(2).

5. Upon removal the United States is automatically substituted for federal defendant Dr. Elena Furrow. This action will proceed as an action against the United States of America pursuant to 28 U.S.C. § 1346(b) subject to the limitations and exceptions applicable to those actions. 28 U.S.C. § 2679(d)(4).

6. A copy of this Notice is being filed with the Clerk of the Humboldt County Superior Court. That filing will automatically effect the removal of the action in its entirety to this Court for all future proceedings.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: April 07, 2008    By: /s/ Melissa Brown
MELISSA K. BROWN
Assistant United States Attorney

NOTICE OF REMOVAL
Dotson v. St. Joseph Hospital, et al.          3

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
ST. JOSEPH HOSPITAL OF EUREKA; FRANK ZAZUETA, M.D.;
MEGAN E. HAMREUS, D.O.; CHRISTOPHER WALLACE, M.D.;
ALEXANDER STRACHAN; WILLIAM KOCH, M.D.; & DOES 1 - 25
ELENA FURLOW, MD

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
MALINDA DOTSON

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*

CASE NUMBER: DR070830
*(Número del Caso):*

SUPERIOR COURT OF HUMBOLDT COUNTY, CALIFORNIA
825 - FIFTH STREET
EUREKA, CALIFORNIA 95501

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
LAW OFFICE OF JAMES A. ZITO, 611 "L" STREET, SUITE A, EUREKA, CALIFORNIA 95501,
(707) 269-0743       DWIGHT W. CLARK

DATE: OCTOBER 25, 2007       Clerk, by DONNA W , Deputy
*(Fecha)*                    *(Secretario)*          *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. [x] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify)*:
3. [ ] on behalf of *(specify)*:
   under: [ ] CCP 416.10 (corporation)        [ ] CCP 416.60 (minor)
          [ ] CCP 416.20 (defunct corporation) [ ] CCP 416.70 (conservatee)
          [ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
          [ ] other *(specify)*:
4. [ ] by personal delivery on *(date)*:

[SEAL]
COPY

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

SUMMONS

Code of Civil Procedure §§ 412.20, 465
American LegalNet, Inc. | www.USCourtForms.com

# EXHIBIT A

James A. Zito, Esq., SB 96272
LAW OFFICE OF JAMES A. ZITO
611 "L" Street, Suite A
Eureka, CA 95501
TEL. (707) 269-0743
FAX (707) 269-0220

Attorney for Plaintiff

FILED
OCT 25 2007
SUPERIOR COURT OF CALIFORNIA
COUNTY OF HUMBOLDT

SUPERIOR COURT OF CALIFORNIA, COUNTY OF HUMBOLDT

MALINDA DOTSON,

    Plaintiff,

vs.

ST. JOSEPH HOSPITAL OF EUREKA;
FRANK ZAZUETA, M.D.;
MEGAN E. HAMREUS, D.O.;
CHRISTOPHER WALLACE, M.D.;
ALEXANDER STRACHAN, M.D.;
WILLIAM KOCH, M.D.;
ELENA FURROW, M.D.; and
DOES 1 through 25, Inclusive,

    Defendants.

Case No. DR070826

COMPLAINT FOR PROFESSIONAL NEGLIGENCE

Plaintiff alleges as follows:

### FIRST CAUSE OF ACTION
(Medical Negligence Against all Defendants)

1. Plaintiff is an individual, and for all times mentioned herein was a resident of Humboldt County, California.

2. Defendant ST. JOSEPH HOSPITAL OF EUREKA, an entity, on information and belief a corporation, is organized and existing under the laws of the State of California, with its principal place of business in Humboldt County, California. Defendant FRANK ZAZUETA, M.D., on information and belief, is an individual and a medical doctor practicing in Humboldt County, California. It is unknown if this defendant was an employee of co-defendants, or an independent contractor. Defendant MEGAN E. HAMREUS, D.O., on information and belief, is

-1-
Complaint For Professional Negligence

an individual and a medical doctor practicing at all times relevant herein in Humboldt County, California. It is unknown if this defendant was an employee of co-defendants, or an independent contractor. Defendant CHRISTOPHER WALLACE, M.D., on information and belief, is an individual and a medical doctor practicing at all times relevant herein in Humboldt County, California. It is unknown if this defendant was an employee of co-defendants, or an independent contractor. Defendant ALEXANDER STRACHAN, M.D., on information and belief, is an individual and a medical doctor practicing at all times relevant herein in Humboldt County, California. It is unknown if this defendant was an employee of co-defendants, or an independent contractor. . Defendant WILLIAM KOCH, M.D., on information and belief, is an individual and a medical doctor practicing in Humboldt County, California. It is unknown if this defendant was an employee of co-defendants, or an independent contractor. . Defendant ELENA FURROW, M.D., on information and belief, is an individual and a medical doctor practicing in Humboldt County, California. It is unknown if this defendant was an employee of co-defendants, or an independent contractor.

3.   The true names and capacities of defendants DOES 1 - 25, inclusive, are unknown to plaintiff at this time. Plaintiff sues those defendants by such fictitious names pursuant to section 474 of the Code of Civil Procedure. Plaintiff is informed and believes, and based on that information and belief alleges, that each of the defendants designated as a DOE is negligently or otherwise legally responsible for the events and happenings referred to in this Complaint, and negligently or otherwise unlawfully caused the injuries and damages to plaintiff as alleged in this Complaint.

4.   Plaintiff is informed and believes, and based on that information and belief alleges, that at all times mentioned in this Complaint, defendants were the agents and employees of their codefendants, and in doing the things alleged in this Complaint were acting within the course and scope of such agency and employment.

5.   The injury upon which this action is based occurred in Humboldt County, California.

6.   Due notice of plaintiff's intent to bring this action was mailed to the defendants on August 2, 2007, in accordance with Section 364 of the California Code of Civil Procedure.

-2-

Complaint For Professional Negligence

7.  At all times herein mentioned defendants and each of them were and now are health care providers as defined by the applicable California codes.

8.  Defendants and each of them at all times herein mentioned held themselves out to the public at large and to plaintiff, in particular, as fully qualified health care providers, duly licensed to practice their profession in the State of California, and exercising prudent, reasonable judgment and care in the performing of services, examinations, diagnosis, testing and caring for plaintiff.

9.  At all times herein mentioned plaintiff was in the control of defendants and each of them and at no time prior to the events, conduct, activity, care and treatment as herein complained of did defendants, or one or more of them, obtain plaintiff's knowledgeable, informed consent for the care, treatment or conduct as herein alleged, and that prior to the initiation of or performance of said care, treatment, procedure or conduct, no opportunity was afforded to plaintiff herein to exercise voluntary, knowledgeable and informed consent to said care, treatment, procedure or conduct.

10. That the care and treatment performed by defendants and each of them upon plaintiff negligently failed to conform to the standard of care both with respect to diagnosing plaintiff's medical condition and as to the risks and hazards, or other harmful consequences, that might follow from the treatment or diagnosis planned for plaintiff and the type of treatment and medical therapy performed upon plaintiff.

11. Commencing on or about August 5, 2006, defendants and each of them so negligently treated, examined, tested, diagnosed and cared for plaintiff while plaintiff was in the control of defendants for medical treatment and therapy and so negligently managed, maintained, selected, designed, controlled and conducted their services and activities in connection with plaintiff's medical treatment, therapy and care, that the same proximately caused the injuries, damages and detriment to plaintiff as herein alleged. Specifically while defendants were providing plaintiff medical care and treatment, defendants and each of them failed to adequately examine, test, diagnose, and treat plaintiff for a deep vein thrombosis.

12. Plaintiff first became aware of defendants' negligence on or about September, 2006.

-3-

Complaint For Professional Negligence

13. As a direct and proximate result of the carelessness and negligence of defendants as set forth above, plaintiff was injured in body and in health, strength and activities, all of which have caused and continue to cause, plaintiff great mental, emotional, physical, psychological, nervous pain and suffering. Plaintiff is informed and believes and thereon alleges that some or all of said injuries will be of a permanent nature and will result in some permanent disability to plaintiff, all to plaintiff's general damage in a sum within the jurisdiction of this court.

14. As a further direct and proximate result of the negligence of defendants, and each of them, plaintiff was required to, and did, employ medical treatment for plaintiff's injuries and has incurred medical bills, and will in the future, according to proof.

**WHEREFORE** plaintiff prays for judgment against defendants as follows:

1. Non-economic (general) damages according to proof;
2. Economic (special) damages according to proof;
3. Interest according to law
4. Costs of the action;
5. Any other and further relief that the court considers proper.

Dated: October 25, 2007.                    LAW OFFICE OF JAMES A. ZITO

By: _____
James A. Zito, Attorney for Plaintiff