1  JOSEPH P. RUSSONIELLO (CNB 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Assistant United States Attorney
3  Chief, Civil Division
   MELISSA K. BROWN (CSBN 203307)
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, CA 94102-3495
6  Telephone: (415) 436-6962
   Facsimile: (415) 436-6748
7  Email: melissa.brown@usdoj.gov

8  Attorneys for Federal Defendant
   Dr. Elena Furrow

ORIGINAL FILED
08 APR -8 AM 10: 32
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MALINDA DOTSON,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ST. JOSEPH HOSPITAL OF EUREKA; FRANK ZAZUETA, M.D.; MEGAN E. HAMREUS, D.O.; CHRISTOPHER WALLACE, M.D.; ALEXANDER STRACHAN, M.D.; WILLIAM KOCH, M.D.; ELENA FURROW, M.D.; AND DOES 1 THROUGH 25, INCLUSIVE,<br><br>　　　　　　Defendants. | Case No. CV 08-1861 JCS<br><br>**PROOF OF SERVICE<br>OF NOTICE OF REMOVAL** |

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that on April 7, 2008 a copy of the Notice of Removal filed April 7, 2008 was caused to be served upon the persons at the place and addresses stated below, which are the last known addresses:

PROOF OF SERVICE
Dotson v. St. Joseph Hospital, et al.          -1-

| | |
|---|---|
| James A. Zito, Esq.<br>Law Offices of James A. Zito<br>611 "L" Street, Suite A<br>Eureka, CA 95501 | St. Joseph Hospital<br>2700 Dolbeer<br>Eureka, CA 95501 |
| Dr. Frank Zazueta<br>c/o St. Joseph Hospital<br>2700 Dolbeer<br>Eureka, CA 95501 | Megan E. Hamreus, D.O.<br>729 Normandy Road<br>Encinitas, CA 92024 |
| Dr. Christopher Wallace<br>240 Dundee Way<br>Benicia, CA 94510 | Dr. Rick J. Marino<br>125 Irene<br>Crescent City, CA 95531 |
| Dr. Alexander Strachan<br>c/o St. Joseph Hospital<br>2700 Dolbeer<br>Eureka, CA 95501 | Dr. William Koch<br>2773 Harris, Suite A<br>Eureka, CA 95503 |

On April 7, 2008 the following was caused to be served on James A. Zito, Esq., Law Offices of James A. Zito, 611 "L" Street, Suite A, Eureka, CA 95501:

1) Order Setting Initial Case Management Conference and ADR Deadlines filed April 7, 2008; Standing Order; Notice of Rule Discontinuing Service by Mail; Standing Order for all Judges of the Northern District of California;

2) Notice of Assignment of Case to a United States Magistrate Judge for Trial; Consent to Proceed Before a United States Magistrate Judge; Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge;

3) ECF Registration Information Handout;

4) Welcome to the U.S. District Court, San Francisco;

5) Drop Box Filing Procedures; and

6) List of San Francisco Judges

On April 8, 2008 the Proof of Service of Notice of Removal was caused to be served on James A. Zito, Esq., Law Offices of James A. Zito, 611 "L" Street, Suite A, Eureka, CA 95501.

Also on April 8, 2008 the following was caused to be served upon the persons at the place and addresses stated below, which are the last known addresses:

1) Order Setting Initial Case Management Conference and ADR Deadlines filed April 7, 2008; Standing Order; Notice of Rule Discontinuing Service by Mail; Standing Order for all Judges of the Northern District of California;

//

PROOF OF SERVICE
Dotson v. St. Joseph Hospital, et al.                -2-

2) Notice of Assignment of Case to a United States Magistrate Judge for Trial; Consent to Proceed Before a United States Magistrate Judge; Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge;

3) ECF Registration Information Handout;

4) Welcome to the U.S. District Court, San Francisco;

5) Drop Box Filing Procedures;

6) List of San Francisco Judges; and

7) Proof of Service

|  | St. Joseph Hospital<br>2700 Dolbeer<br>Eureka, CA 95501 |
|---|---|
| Dr. Frank Zazueta<br>c/o St. Joseph Hospital<br>2700 Dolbeer<br>Eureka, CA 95501 | Megan E. Hamreus, D.O.<br>729 Normandy Road<br>Encinitas, CA 92024 |
| Dr. Christopher Wallace<br>240 Dundee Way<br>Benicia, CA 94510 | Dr. Rick J. Marino<br>125 Irene<br>Crescent City, CA 95531 |
| Dr. Alexander Strachan<br>c/o St. Joseph Hospital<br>2700 Dolbeer<br>Eureka, CA 95501 | Dr. William Koch<br>2773 Harris, Suite A<br>Eureka, CA 95503 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of April 2008 at San Francisco, California.

Diann Lackey
Paralegal Specialist

PROOF OF SERVICE
Dotson v. St. Joseph Hospital, et al.              -3-