**James A. Zito, Esq.**, SB 96272
LAW OFFICE OF JAMES A. ZITO
611 "L" Street, Suite A
Eureka, CA 95501
TEL. (707) 269-0743
FAX (707) 269-0220
Attorney For Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MALINDA DOTSON,<br><br>  Plaintiff,<br><br>vs.<br><br>ST. JOSEPH HOSPITAL OF EUREKA;<br>FRANK ZAZUETA, M.D.;<br>MEGAN E. HAMREUS, D.O.;<br>CHRISTOPHER WALLACE, M.D.;<br>ALEXANDER STRACHAN, M.D.;<br>WILLIAM KOCH, M.D.;<br>ELENA FURROW, M.D.; and<br>DOES 1 through 25, inclusive,<br><br>  Defendants. | Case No.  C 08-01861 JCS<br><br>PROOF OF SERVICE |

I am employed at 611 "L" Street, Suite A, Eureka, California 95501. I am over the age of eighteen years, and not a party to this action.

On April 15, 2008, I served the following:

NOTICE OF REMOVAL OF CIVIL ACTION

NOTICE OF REMOVAL

U.S. DISTRICT COURT NORTHERN CALIFORNIA ECF REGISTRATION INFORMATION HANDOUT

NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATE MAGISTRATE JUDGE FOR TRIAL

A LIST OF ARTICLE III AND MAGISTRATE JUDGES IN THE SAN FRANCISCO,

- 1 -

Proof Of Service, C 08-01861 JCS

1  SAN JOSE, AND OAKLAND AREAS

2  UNITED STATE DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
3  DROP BOX FILING PROCEDURES

4  U.S. DISTRICT COURT, SAN FRANCISCO FILING GUIDELINES

5  ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR
6  DEADLINES

7
8  on the below-named individuals by serving as follows:

9  [X]    [BY PERSONAL SERVICE]  By hand-delivering to the office of:

10  Michael Morrison, Esq.
   Janssen, Malloy, Needham, Morrison,
11    Reinholtsen & Crowley, LLP
   730 – Fifth Street
12  Eureka, California 95501

13
14  Nancy K. Delaney, Esq.
   Mitchell, Brisso, Delaney & Vrieze
15  814 – Seventh Street
   Eureka, California 95501
16
17  Paul A. Brisso, Esq.
   Mitchell, Brisso, Delaney & Vrieze
18  814 - Seventh Street
   Eureka, California 95501
19
20
21    I declare under penalty of perjury that the foregoing is true and correct. Executed on
22  April 15, 2008, at Eureka, California.

                                        _____
                                        Terry L. Clark

-2-

Proof Of Service, C 08-01861 JCS