**UNITED STATES DISTRICT COURT**

NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102
Phone: 415.522.2035



RICHARD W. WIEKING
CLERK OF COURT

April 16, 2008

James A. Zito                          Melissa K. Brown
Law Offices of James A. Zito           United States Attorneys Office
611 "L" Street, Suite A                450 Golden Gate Ave., Box 36055
Eureka, CA 95501                       San Francisco, CA 94102

**Re:    MALINDA DOTSON  v. ST. JOSEPH HOSPITAL, ET AL.**
        C08-01861 (JCS)

Dear Counsel:

        This matter has been randomly assigned to United States Magistrate Judge Joseph C. Spero for all purposes including trial.

        The magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

        A review of  our records discloses that the Consent to Proceed Before a United States Magistrate Judge or Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge  has not been filed in this case.  All parties are requested to complete **one** of the attached forms documenting either consent or request for reassignment and e-file it with the Court by **April 30, 2008.**  These forms can be found on the Court's website at www.cand.uscourts.gov.

                              Sincerely,


                              RICHARD W. WIEKING

                              _Karen L. Hom_
                              _____
                              By: Karen L.Hom
                                  Deputy Clerk

Attachments

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MALINDA DOTSON,                                No.  C 08-01861 JCS

        Plaintiff(s),                          **CONSENT TO PROCEED BEFORE A**
                                      **UNITED STATES MAGISTRATE JUDGE**

    v.

ST. JOSEPH HOSPITAL, ET AL.,

        Defendant(s).
_____/

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

      In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate

Judge conduct any and all further proceedings in the case, including trial, and order the entry of a

final judgment. Appeal from the judgment shall be taken directly to the United States Court of

Appeals for the Ninth Circuit

Dated: _____                    _____
                                                 Signature

                                                 Counsel for _____
                                                 (Name or party or indicate "pro se")

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MALINDA DOTSON,                                No.  C 08-01861 JCS

        Plaintiff(s),

    v.                                                      **DECLINATION TO PROCEED BEFORE
A MAGISTRATE JUDGE
AND**
ST. JOSEPH HOSPITAL, ET AL.,                    **REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE**

        Defendant(s).

_____/

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

     The undersigned party in the above-captioned civil matter hereby declines to consent to the

assignment of this case to a United States Magistrate Judge for trial and disposition and hereby

requests the reassignment of this case to a United States District Judge.

Dated: _____          _____
                                        Signature

                                        Counsel for _____
                                        (Name or party or indicate "pro se")