UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| MALINDA DOTSON, | ) | No. C 08-01861 JCS |
| Plaintiff, | ) | |
| | ) | **[PROPOSED] ORDER GRANTING THE FEDERAL DEFENDANT'S MOTION TO DISMISS** |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

On June 6, 2008, the Federal Defendant's motion to dismiss came on regularly for hearing. Having considered the pleadings, papers on file, supporting evidence, and the parties' arguments, and finding just cause the Court hereby GRANTS the motion to dismiss.

IT IS SO ORDERED

DATED: _____          _____
                                  HONORABLE JOSEPH C. SPERO
                                  Magistrate Judge United States District Court

[PROPOSED] ORDER GRANTING THE FEDERAL DEFENDANT'S MOTION TO DISMISS
C 08-01861 JCS