UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALINDA DOTSON, | No. C 08-01861 JCS |
| Plaintiff, | NOTICE REGARDING CONSENT TO JURISDICTION OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| ST. JOSEPH HOSPITAL, ET AL., | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The complaint in the above-entitled action was filed on April 7, 2008. Pursuant to General Order 44, this case has been assigned to Magistrate Judge Joseph C. Spero to conduct all further proceedings and to order the entry of final judgment upon the consent of all parties in the case. A signed consent to the jurisdiction of the Magistrate Judge must be filed by both parties before Magistrate Judge Spero will consider the merits of plaintiff(s)' case or any motion filed by either party.

Federal Defendant's have filed a Motion to Dismiss. Accordingly, **ALL** parties are instructed to sign and electronically file the enclosed consent or declination form by **April 30, 2008**, indicating whether they consent to the jurisdiction of the Magistrate Judge in this matter.

If the parties do not consent, the case will be randomly assigned to a District Judge of this court.

Dated: April 25, 2008

Richard W. Wieking, Clerk

*Karen L. Hom*
By: Karen L. Hom, Deputy Clerk

|     |     |
| --- | --- |
| 1   |     |
| 2   |     |
| 3   |     |
| 4   | UNITED STATES DISTRICT COURT |
| 5   | NORTHERN DISTRICT OF CALIFORNIA |
| 6   |     |
| 7   | MALINDA DOTSON,                                    No. C 08-01861 JCS |
| 8   |         Plaintiff(s),                         **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| 9   |     v. |
| 10  | ST. JOSEPH HOSPITAL, ET AL., |
| 11  |         Defendant(s). |
| 12  | _____/ |
| 13  | CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |
| 14  | In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party |
| 15  | in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate |
| 16  | Judge conduct any and all further proceedings in the case, including trial, and order the entry of a |
| 17  | final judgment. Appeal from the judgment shall be taken directly to the United States Court of |
| 18  | Appeals for the Ninth Circuit |
| 19  |     |
| 20  | Dated: _____        _____ |
|     |                                                                 Signature |
| 21  |     |
| 22  |                                                                 Counsel for _____ |
|     |                                                                 (Name or party or indicate "pro se") |
| 23  |     |
| 24  |     |
| 25  |     |
| 26  |     |
| 27  |     |
| 28  |     |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALINDA DOTSON,<br><br>          Plaintiff(s),<br><br>     v.<br><br>ST. JOSEPH HOSPITAL, ET AL.,<br><br>          Defendant(s).<br>_____/ | No.  C 08-01861 JCS<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.


Dated: _____          _____
                                                                 Signature

                                                                 Counsel for _____
                                                                 (Name or party or indicate "pro se")

3