Paul A. Brisso, CSB #81593
MITCHELL, BRISSO, DELANEY & VRIEZE
Attorneys at Law
814 Seventh Street
P. O. Drawer l008
Eureka, CA 95502
Tel: (707) 443-5643
Fax: (707) 444-9586
pbrisso@mitchelllawfirm.com

Attorneys for defendants
Frank Zazueta, M. D.; Megan Hamreus, D.O.;
Christopher Wallace, M. D.; and Alexander
Strachan, M. D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MALINDA DOTSON, | ) CASE NO.: C 08-01861 JCS |
| Plaintiff, | ) |
| v. | ) |
| ST. JOSEPHS HOSPITAL OF EUREKA; | ) NOTICE OF APPEARANCE |
| FRANK ZAZUETA, M. D.; MEGAN E. | ) |
| HAMREUS, D. O.; CHRISTOPHER | ) |
| WALLACE, M. D.; ALEXANDER | ) |
| STRACHAN, M. D.; WILLIAM KOCH, | ) |
| M. D.; ELENA FURROW, M. D.; and | ) |
| DOES 1 through 25, inclusive, | ) |
| Defendants. | ) |

Defendants Dr. Frank Zazueta, Dr. Megan E. Hamreus, Dr. Christopher Wallace, and Dr. Alexander Strachan, are represented in the referenced matter by the law offices of Mitchell, Brisso, Delaney & Vrieze, by Paul A. Brisso, 814 Seventh Street, P.O. Drawer 1008, Eureka, CA, 95502; telephone: (707) 443-5643, fax: (707) 444-9586, e-mails:

/ / /

/ / /

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

1

1    pbrisso@mitchelllawfirm.com and kparker@mitchelllawfirm.com.

2    Dated:  April 24, 2008

3                                      MITCHELL, BRISSO, DELANEY & VRIEZE

4                                      /s/  Paul A. Brisso

5                                      By:  _____

6                                              Paul A. Brisso
                                             Attorneys for defendants Zazueta, Hamreus,
7                                              Wallace, and Strachan

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

2

NOTICE OF APPEARANCE