1  Paul A. Brisso, CSB #81593
   MITCHELL, BRISSO, DELANEY & VRIEZE
2  Attorneys at Law
   814 Seventh Street
3  P. O. Drawer 1008
   Eureka, CA 95502
4  Tel: (707) 443-5643
   Fax: (707) 444-9586
5  pbrisso@mitchelllawfirm.com

6  Attorneys for defendants
   Frank Zazueta, M. D.; Megan Hamreus, D.O.;
7  Christopher Wallace, M. D.; and Alexander
   Strachan, M. D.
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MALINDA DOTSON,<br><br>　　Plaintiff,<br><br>v.<br><br>ST. JOSEPHS HOSPITAL OF EUREKA; FRANK ZAZUETA, M. D.; MEGAN E. HAMREUS, D. O.; CHRISTOPHER WALLACE, M. D.; ALEXANDER STRACHAN, M. D.; WILLIAM KOCH, M. D.; ELENA FURROW, M. D.; and DOES 1 through 25, inclusive,<br><br>　　Defendants. | CASE NO.: C 08-01861 JCS<br><br>NOTICE OF APPEARANCE |

　　Defendants Dr. Frank Zazueta, Dr. Megan E. Hamreus, Dr. Christopher Wallace, and Dr. Alexander Strachan, are represented in the referenced matter by the law offices of Mitchell, Brisso, Delaney & Vrieze, by Paul A. Brisso, 814 Seventh Street, P.O. Drawer 1008, Eureka, CA, 95502; telephone: (707) 443-5643, fax: (707) 444-9586, e-mails:

/ / /

/ / /

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

1

NOTICE OF APPEARANCE

pbrisso@mitchelllawfirm.com and kparker@mitchelllawfirm.com.

Dated: April 24, 2008

                                MITCHELL, BRISSO, DELANEY & VRIEZE

                                /s/ Paul A. Brisso

By: _____
      Paul A. Brisso
      Attorneys for defendants Zazueta, Hamreus,
      Wallace, and Strachan

MITCHELL, BRISSO, DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502