Paul A. Brisso, CSB #81593
MITCHELL, BRISSO, DELANEY & VRIEZE
Attorneys at Law
814 Seventh Street
P. O. Drawer l008
Eureka, CA 95502
Tel: (707) 443-5643
Fax: (707) 444-9586
pbrisso@mitchelllawfirm.com

Attorneys for defendants
Frank Zazueta, M. D.; Megan Hamreus, D.O.;
Christopher Wallace, M. D.; and Alexander
Strachan, M. D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MALINDA DOTSON,<br><br>    Plaintiff,<br><br>v.<br><br>ST. JOSEPHS HOSPITAL OF EUREKA; FRANK ZAZUETA, M. D.; MEGAN E. HAMREUS, D. O.; CHRISTOPHER WALLACE, M. D.; ALEXANDER STRACHAN, M. D.; WILLIAM KOCH, M. D.; ELENA FURROW, M. D.; and DOES 1 through 25, inclusive,<br><br>    Defendants. | CASE NO.: C 08-01861 JCS<br><br>NOTICE OF APPEARANCE |

    Defendants Dr. Frank Zazueta, Dr. Megan E. Hamreus, Dr. Christopher Wallace, and Dr. Alexander Strachan, are represented in the referenced matter by the law offices of Mitchell, Brisso, Delaney & Vrieze, by Paul A. Brisso, 814 Seventh Street, P.O. Drawer 1008, Eureka, CA, 95502; telephone: (707) 443-5643, fax: (707) 444-9586, e-mails:

/ / /

/ / /

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

1

NOTICE OF APPEARANCE

1  pbrisso@mitchelllawfirm.com and kparker@mitchelllawfirm.com.

2  Dated:  April 24, 2008

3                                    MITCHELL, BRISSO, DELANEY & VRIEZE

4                                    /s/  Paul A. Brisso

5                                    By: _____
                                          Paul A. Brisso
6                                         Attorneys for defendants Zazueta, Hamreus,
                                          Wallace, and Strachan
7

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

2

NOTICE OF APPEARANCE