1  Nancy K. Delaney, SBN 70617
   MITCHELL, BRISSO, DELANEY & VRIEZE
2  Attorneys at Law
   814 Seventh Street
3  P. O. Drawer 1008
   Eureka, CA  95502
4  Tel:  (707) 443-5643
   Fax: (707) 444-9586
5
   Attorneys for Defendant
6  ST. JOSEPH HOSPITAL OF EUREKA

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10 MALINDA DOTSON,                  CASE NO.:  CV-08-1861 JCS

11        Plaintiff,                NOTICE OF APPEARANCE

12 vs.

13 ST. JOSEPH HOSPITAL OF EUREKA;
   FRANK ZAZUETA, M.D.; MEGAN E.
14 HAMREUS, D.O.; CHRISTOPHER
   WALLACE, M.D.; ALEXANDER
15 STRACHAN, M.D.; WILLIAM KOCH,
   M.D.; ELENA FURROW, M.D.; AND
16 DOES 1 THROUGH 25, INCLUSIVE,

17        Defendants.

18 _____

19        Defendant St. Joseph Hospital of Eureka is represented in the referenced matter by
20 the law offices of Mitchell, Brisso, Delaney & Vrieze, by Nancy K. Delaney, 814
21 Seventh Street, P.O. Drawer 1008, Eureka, CA  95502, Tel: (707) 443-5643, Fax: (707)
22 444-9586, e-mails ndelaney@mitchelllawfirm.com and kradford@mitchelllawfirm.com.

23 DATED: April 29, 2008              MITCHELL, BRISSO, DELANEY & VRIEZE

24                                    By /s/ Nancy K. Delaney
25                                       Nancy K. Delaney
                                         Attorneys for Defendant
26                                       ST. JOSEPH HOSPITAL OF EUREKA

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

1

NOTICE OF APPEARANCE