1  Paul A. Brisso, CSB #81593
   MITCHELL, BRISSO, DELANEY & VRIEZE
2  Attorneys at Law
   814 Seventh Street
3  P. O. Drawer 1008
   Eureka, CA 95502
4  Tel:  (707) 443-5643
   Fax:  (707) 444-9586
5  pbrisso@mitchelllawfirm.com

6  Attorneys for defendants
   Frank Zazueta, M. D.; Megan Hamreus, D.O.;
7  Christopher Wallace, M. D.; and Alexander
   Strachan, M. D.
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

| MALINDA DOTSON, | ) CASE NO.:  C 08-01861 JCS |
|---|---|
| Plaintiff, | ) |
| v. | ) |
| ST. JOSEPHS HOSPITAL OF EUREKA; FRANK ZAZUETA, M. D.; MEGAN E. HAMREUS, D. O.; CHRISTOPHER WALLACE, M. D.; ALEXANDER STRACHAN, M. D.; WILLIAM KOCH, M. D.; ELENA FURROW, M. D.; and DOES 1 through 25, inclusive, | ) **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| Defendants. | ) |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned parties in the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment

/ / /

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

1

CONSENT TO PROCEED

1  shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

2  Dated: April 30, 2008

3  /s/ Paul A. Brisso

4  _____

5  Counsel for defendants Drs Zazueta, Hamreus, Wallace and Strachan

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

2

CONSENT TO PROCEED