1  Paul A. Brisso, CSB #81593
   MITCHELL, BRISSO, DELANEY & VRIEZE
2  Attorneys at Law
   814 Seventh Street
3  P. O. Drawer 1008
   Eureka, CA 95502
4  Tel: (707) 443-5643
   Fax: (707) 444-9586
5  pbrisso@mitchelllawfirm.com

6  Attorneys for defendants
   Frank Zazueta, M. D.; Megan Hamreus, D.O.;
7  Christopher Wallace, M. D.; and Alexander
   Strachan, M. D.
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

12  MALINDA DOTSON,                     )   CASE NO.: C 08-01861 JCS
                                        )
13       Plaintiff,                     )
                                        )
14  v.                                  )
                                        )
15  ST. JOSEPHS HOSPITAL OF EUREKA;     )   **CONSENT TO PROCEED BEFORE A**
    FRANK ZAZUETA, M. D.; MEGAN E.      )   **UNITED STATES MAGISTRATE**
16  HAMREUS, D. O.; CHRISTOPHER         )   **JUDGE**
    WALLACE, M. D.; ALEXANDER           )
17  STRACHAN, M. D.; WILLIAM KOCH,      )
    M. D.; ELENA FURROW, M. D.; and     )
18  DOES 1 through 25, inclusive,       )
                                        )
19       Defendants.                    )
                                        )
20  _____)

21       CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

22       In accordance with the provisions of Title 28, U.S.C. Section 636(c), the

23  undersigned parties in the above-captioned civil matter hereby voluntarily consent to

24  have a United States Magistrate Judge conduct any and all further proceedings in the

25  case, including trial, and order the entry of a final judgment. Appeal from the judgment

26  / / /

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

1

CONSENT TO PROCEED

1 | shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

2 | Dated: April 30, 2008

3 | /s/ Paul A. Brisso

4 | _____
5 | Counsel for defendants Drs Zazueta, Hamreus, Wallace and Strachan

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

2

CONSENT TO PROCEED