Paul A. Brisso, CSB #81593
MITCHELL, BRISSO, DELANEY & VRIEZE
Attorneys at Law
814 Seventh Street
P. O. Drawer l008
Eureka, CA 95502
Tel: (707) 443-5643
Fax: (707) 444-9586
pbrisso@mitchelllawfirm.com

Attorneys for defendants
Frank Zazueta, M. D.; Megan Hamreus, D.O.;
Christopher Wallace, M. D.; and Alexander
Strachan, M. D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MALINDA DOTSON, | CASE NO.: C 08-01861 JCS |
| Plaintiff, | |
| v. | |
| ST. JOSEPHS HOSPITAL OF EUREKA; FRANK ZAZUETA, M. D.; MEGAN E. HAMREUS, D. O.; CHRISTOPHER WALLACE, M. D.; ALEXANDER STRACHAN, M. D.; WILLIAM KOCH, M. D.; ELENA FURROW, M. D.; and DOES 1 through 25, inclusive, | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| Defendants. | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned parties in the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment

/ / /

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

1

CONSENT TO PROCEED

1   shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

2   Dated:  April 30, 2008

3                                                        /s/ Paul A. Brisso

4                                                        _____

5                                                        Counsel for defendants Drs Zazueta, Hamreus, Wallace and Strachan

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

2

CONSENT TO PROCEED