Nancy K. Delaney, SBN 70617
MITCHELL, BRISSO, DELANEY & VRIEZE
Attorneys at Law
814 Seventh Street
P. O. Drawer 1008
Eureka, CA 95502
Tel: (707) 443-5643
Fax: (707) 444-9586

Attorneys for Defendant
ST. JOSEPH HOSPITAL OF EUREKA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALINDA DOTSON,<br><br>    Plaintiff,<br><br>vs.<br><br>ST. JOSEPH HOSPITAL, et al.,<br><br>    Defendants. | CASE NO.: C-08-01861-JCS<br><br>CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE |

## CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: April 30, 2008        MITCHELL, BRISSO, DELANEY & VRIEZE

By: /s/ Nancy K. Delaney
Nancy K. Delaney
Attorneys for Defendant
ST. JOSEPH HOSPITAL OF EUREKA