**James A. Zito, Esq.**, SB 96272
LAW OFFICE OF JAMES A. ZITO
611 "L" Street, Suite A
Eureka, CA 95501
TEL. (707) 269-0743
FAX (707) 269-0220

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALINDA DOTSON,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | Case No. C-08-01861-JCS<br><br>PLAINTIFF'S CONSENT TO MOTION TO DISMISS FEDERAL DEFENDANT; REQUEST FOR REMAND<br><br>DATE: JUNE 6, 2008<br>TIME: 9:30 A.M.<br>LOCATION: COURTROOM A, 15TH FLR. |

### CONSENT TO MOTION TO DISMISS FEDERAL DEFENDANT

PLEASE TAKE NOTICE that plaintiff MALINDA DOTSON does not oppose the pending motion to dismiss the complaint as it applies to Dr. Elena Furrow, an employee of the defendant United States of America, on the condition the dismissal is without prejudice to refile upon satisfaction of the claims statute, and that the claims against the remaining non-Federal defendants be remanded back to the Superior Court of Humboldt county.

Dated: May 2, 2008

LAW OFFICE OF JAMES A. ZITO

By_____
James A. Zito, Attorney for Plaintiff