**James A. Zito, Esq.**, SB 96272
LAW OFFICE OF JAMES A. ZITO
611 "L" Street, Suite A
Eureka, CA 95501
TEL. (707) 269-0743
FAX (707) 269-0220

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALINDA DOTSON,<br><br>  Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>  Defendants. | Case No. C-08-01861-JCS<br><br>PLAINTIFF'S CONSENT TO PROCEED BEFORE US MAGISTRATE |

**CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE**

In accordance with the provisions of title 28, USC Section 636(c), the undersigned party in the above entitled matter hereby voluntarily consents to have a U.S. Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the U.S. Court of Appeals for the Ninth Circuit.

Dated: May 2, 2008                    LAW OFFICE OF JAMES A. ZITO

By _____
James A. Zito, Attorney for Plaintiff

- 1 -

Consent to U.S. Magistrate, Case No. C 08-01861 JCS