1  Michael Morrison (CSB # 72022)
   Amelia F. Burroughs (CSB # 221490)
2  **JANSSEN, MALLOY, NEEDHAM, MORRISON,
   REINHOLTSEN, CROWLEY & GRIEGO, LLP**
3  730 Fifth Street
   P.O. Drawer 1288
4  Eureka, CA 95501
   Telephone: (707) 445-2071
5  Facsimile: (707) 445-8305

6  Attorneys for Defendant
   William Koch, M.D.

7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10

11 | MALINDA DOTSON,                              | CASE NO.  C 08-01861 JCS

12 |    Plaintiff,                                | CONSENT TO PROCEED BEFORE A
                                                    UNITED STATES MAGISTRATE JUDGE
13 | v.

14 | ST. JOSEPH'S HOSPITAL OF EUREKA;
     FRANK ZAZUETA, M.D.; MEGAN E.
15 | HAMREUS, D.O.; CHRISTOPHER
     WALLACE, M.D.; ALEXANDER
16 | STRACHAN, M.D.; WILLIAM KOCH,
     M.D.; ELENA FURROW, M.D.; and
17 | DOES 1 through 25, inclusive,

18 |    Defendants.
     _____/
19

20

21     CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

22     In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned

23 party in the above-captioned civil matter hereby voluntarily consents to have a United States

24 Magistrate Judge conduct any and all further proceedings in the case, including trial, and

25 order the entry of a final judgment.  Appeal from the judgement shall be taken directly to the

26 / / /

27 / / /

28 / / /

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE                           1

1 | United States Court of Appeals for the Ninth Circuit.

2 | Dated: May 7, 2008           JANSSEN, MALLOY, NEEDHAM, MORRISON,
                                        REINHOLTSEN, CROWLEY & GRIEGO, LLP

3

4

                           By: _____/s/_____
5                                Michael Morrison
                               Attorneys for Defendant
6                                William Koch, M.D.