**United States District Court**
For the Northern District of California

1
2
3
4                    UNITED STATES DISTRICT COURT
5                   NORTHERN DISTRICT OF CALIFORNIA
6

7  MALINDA DOTSON,                              No. C-08-01861 JCS

8            Plaintiff,

9                                               **ORDER GRANTING MOTION TO
                                                DISMISS AS TO DEFENDANT ELENA
10     v.                                       FURROW AND REMANDING CLAIMS
                                                AGAINST REMAINING DEFENDANTS
     UNITED STATES OF AMERICA,                  TO SUPERIOR COURT OF HUMBOLDT
11                                              COUNTY [Docket No. 7]**

12            Defendant.
   _____/

13

14          This case was removed from the Superior Court of Humboldt County on the basis that

15  Defendant Elena Furrow is an employee of a federally-funded health center and therefore, the claims

16  asserted against her are governed by the Federal Tort Claims Act ("FTCA").  The United States,

17  substituting for Dr. Furrow, now brings a Motion to Dismiss ("the Motion") pursuant to

18  Fed.R.Civ.P. 12(b)(1) and 12(b)(6).  In particular, the United States asserts that: 1) the claim against

19  Furrow should be dismissed under Rule 12(b)(6) because she was acting within the scope of her

20  employment and therefore, she is immune from suit; and 2) the claim should be dismissed under

21  Fed.R.Civ. P. 12(b)(1) for lack of subject matter jurisdiction because Plaintiff has not yet exhausted

22  her administrative remedies under the FTCA.  All Defendants, including the United States, have

23  consented to the jurisdiction of a United States Magistrate Judge, pursuant to 28 U.S.C. § 636(c).

24          Plaintiff has filed a non-Opposition stating that she does not oppose dismissal of the

25  complaint as it relates to Defendant Furrow so long as: 1) dismissal of the claim is without prejudice

26  to refiling once it is exhausted; and 2) the claims against the remaining defendants are remanded to

27  Humboldt County Superior Court.  In light of Plaintiff's non-opposition, the Motion is GRANTED.

28  The Court dismisses the claim against the United States (substituted for Defendant Furrow) without

1   prejudice on the basis that Plaintiff has not yet satisfied the administrative exhaustion requirement

2   that applies to that claim.  Plaintiff may refile the claim when the exhaustion requirement has been

3   met.  The claims against the remaining defendants shall be remanded to the Humboldt County

4   Superior Court, where the action was initially filed.  The motion hearing scheduled for **June 6, 2008**

5   is **vacated**.

6           IT IS SO ORDERED.

7

8   Dated:  May 8, 2008

9   _____

10                      JOSEPH C. SPERO
                       United States Magistrate Judge

**United States District Court**
For the Northern District of California

2